■ In the Matter of GRAND CENTRAL BUILDING, INC., Respondent, v HARRY S. TISHELMAN, Appellant.—Order and judgment (one paper), Supreme Court, New York County, entered on May 14, 1980, unanimously affirmed for the reasons stated by Scott, J., without costs and without disbursements. Concur—Kupferman, J. P., Sullivan, Lupiano, Lynch and Carro, JJ.

■ CITY OF NEW YORK, Appellant, v M. PAUL FRIEDBERG & ASSOCIATES et al., Respondents. WHITLER CONTRACTING Co., Respondent, v CITY OF NEW YORK, Appellant.—Order, Supreme Court, New York County, entered on May 31, 1979, unanimously affirmed, without costs and without disbursements, and without prejudice to the city renewing its request to seek additional damages on the causes of action already asserted upon documentation thereof, and without prejudice to the city renewing its request to assert a cause of action for indemnity against Friedberg upon a record of payment of a judgment to Whitler. No opinion. Concur—Kupferman, J. P., Sullivan, Lupiano, Lynch and Carro, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DERRICK MARSHALL, Appellant.—Judgment, Supreme Court, Bronx County, rendered on October 10, 1978, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Kupferman, J. P., Sullivan, Lupiano, Lynch and Carro, JJ.

■ EDWARD R. EVANS et al., v ROBERT ABRAMS.—Motion for reargument denied with $20 costs. Petitioner is advised that this court will no longer deem telegrams as motions for reargument. Concur—Murphy, P. J., Kupferman, Birns, Lupiano and Bloom, JJ.

■ In the Matter of SEYMOUR S. KANE, an Attorney.—Motion granted and petitioner is reinstated as an attorney and counselor at law in the State of New York. Concur—Kupferman, J. P., Fein, Markewich, Silverman and Carro, JJ.

## (September 23, 1980)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND PEREZ, Appellant.—Judgment, Supreme Court, New York County, rendered on July 19, 1976, unanimously affirmed. (People v Pollock, 50 NY2d 547.) No opinion. Concur—Kupferman, J. P., Birns, Fein, Lupiano and Yesawich, JJ.